UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**TIMOTHY E. TRIMBLE,**

        **Plaintiff,**

-vs-                                               Case No. 2:08-cv-417-FtM-34DNF

**JUDGE EDWARD VOLZ, JR., LEAH HARWOOD, and THE STATE OF FLORIDA,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AFFIDAVIT OF INDIGENCY CONSTRUED AS A MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)** |
| **FILED:** | May 21, 2008 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    The Plaintiff, Timothy Trimble is requesting leave to proceed *in forma pauperis* which is without prepayment of fees and costs. Mr. Trimble submitted an Affidavit of Indigency. In that Affidavit, Mr. Trimble states that his wife is employed as a manager, they own their own home, he receives pensions, annuities or life insurance payments, has stocks, bonds, or notes, and receives social

security monthly. Therefore, Mr. Trimble has an income and the Court determines that he does not qualify to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915[1].

It is respectfully recommended that the Affidavit of Indigency construed as a Motion to Proceed *In Forma Pauperis* be denied, and that the Court require the Plaintiff, Timothy Trimble to pay the filing fee and all fees associated with this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this  29th  day of May, 2008.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] The Court notes that Mr. Trimble did not have his Affidavit of Indigency notarized, however, he certified that his responses were true, and the Court will accept his responses.