**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TIMOTHY E. TRIMBLE,

    Plaintiff,

vs.                                             Case No. 2:08-cv-00417-FtM-34DNF

JUDGE EDWARD VOLZ, JR., LEAH
HARWOOD, STATE OF FLORIDA,

    Defendants.
_____/

## O R D E R[1]

**THIS CAUSE** is before the Court on Plaintiff [sic] Motion Temporary Restraining Order Habeas Corpus in the Alternative (Doc. No. 8; Motion), filed on June 12, 2008. In support of the Motion, Plaintiff filed his Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (Doc. No. 9; Memorandum). In the Motion, Plaintiff requests that the Court issue a temporary restraining order enjoining various policies and practices of the State of Florida and the Twentieth Judicial Circuit in and for Lee County, Florida. See Motion. However, the Court's review of the Motion and Memorandum reveals that Plaintiff has not met the requirements of the Federal Rules of Civil Procedure (Rule(s)) and the Local Rules, United States District Court, Middle District of Florida (Local Rule(s)). Specifically, Plaintiff failed to comply with Rule 65 and Local Rule 4.05, which govern the

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

entry of temporary restraining orders.[2] In addition, Plaintiff seeks injunctive relief against an entity that is not named as a defendant in the Complaint. See Complaint (Doc. No. 1). For these reasons, Plaintiff's Motion will be denied. In light of the foregoing, it is hereby

**ORDERED**:

Plaintiff [sic] Motion Temporary Restraining Order Habeas Corpus in the Alternative (Doc. No. 8) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of June, 2008.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Pro Se Party
Counsel of Record

---

[2] The undersigned notes that Plaintiff has sought temporary restraining orders in other cases filed in this Court. See, e.g., Trimble v. SSA, 2:07-cv-508-34DNF (Doc. No. 14); Trimble v. State of Florida, 2:06-cv-378-UA-DNF (Doc. No. 2). As such, the Court has admonished Plaintiff on prior occasions that a failure to comply with the requirements of Rule 65 and Local Rule 4.05 will result in the denial of a motion for a TRO. See, e.g., Trimble v. SSA, 2:07-cv-508-34DNF (Doc. No. 30); Trimble v. State of Florida, 2:06-cv-378-UA-DNF (Doc. No. 3).