```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION

TIMOTHY E. TRIMBLE,

                 Plaintiff,

vs.                             Case No.  2:08-cv-417-FtM-99DNF

JUDGE EDWARD VOLZ, JR. and   LEAH
HARWOOD,

                 Defendants.
_____
```

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Amended Report and Recommendation (Doc. #35), filed September 22, 2008, recommending that plaintiff's Affidavit of Indigency, construed as a Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2) be denied and the case be dismissed. On September 29, 2008, plaintiff filed a Response (Doc. #36) objecting to the Amended Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

On May 29, 2008, the Magistrate Judge issued a Report and Recommendation (Doc. #4) recommending that the Motion to Proceed *In Forma Pauperis* (Doc. #1) be denied and plaintiff be required to pay the filing fee. On July 17, 2008, the Honorable Marcia Morales Howard recommitted the case for further consideration of the sufficiency of plaintiff's Complaint and for the entry of a supplemental report and recommendation. (Doc. #25.) Upon recommittal, the Magistrate Judge directed plaintiff to file a new Affidavit of Indigency and an Amended Complaint. (Doc. #26.) The Amended Complaint (Doc. #31) was filed on September 10, 2008, and reviewed. After conducting an independent examination of the file and upon due consideration of the Amended Report and Recommendation

and objection by plaintiff thereto, the Court accepts the Report and Recommendation and Amended Report and Recommendation of the magistrate judge and overrules the objection.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #2) recommending that plaintiff did not qualify as indigent is **adopted** and the findings of the Amended Report and Recommendation (Doc. #35) is **adopted** and incorporated herein.

2. Plaintiff's Affidavit of Indigency, construed as a Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2) is **DENIED** and the case is dismissed.

3. The Clerk shall enter judgment dismissing the case, terminate all pending matters, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of September, 2008.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Unrepresented parties

-3-